

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO.AP-75,846

**EX PARTE REGINALD L. GREEN, Applicant**

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS.  0959648D & 0959649D
### IN THE 371ST JUDICIAL DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty in cause number 0959649D to one charge of possession of a controlled substance,  and was sentenced to ten years' imprisonment. The charge in Cause No. 0959648D, for delivery of a controlled substance, was taken into consideration in sentencing under Cause No. 0959649D under Section 12.45 of the Texas Penal Code. A judgment on plea in bar was entered in Cause No. 0959648D, but Applicant

does not have a conviction in that cause.  Applicant did not appeal his conviction in Cause No. 0959649D.

In a single ground for review, Applicant contends that his conviction is constitutionally infirm.  The trial court and the State agree that Applicant is entitled to relief, and the record supports this conclusion.  Relief is granted.  The judgment in Cause No. 0959649D in the 371st Judicial District Court of Tarrant County is set aside, and Applicant is remanded to the custody of the Sheriff of Tarrant County to answer the charges against him.  Because Applicant has no conviction in Cause No. 0959648D, Applicant's -01 writ is dismissed.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.


Delivered: February 13, 2008
Do Not Publish